# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
                                           :
                      v.                   :       1:22CR261-1
                                           :
ALDER ALFONSO MARIN SOTELO  :

## ORDER

       The United States having moved the Court to issue an arrest warrant pursuant to 18 U.S.C. §401, and the Court finding good cause, the motion is **GRANTED**, and the Court hereby issues a warrant for the defendant's arrest.

       This, the 9th day of May 2023.

                                    /s/ Loretta C. Biggs
                                    United States District Judge